# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Diane Ruzin, | Civil No. 07-4360 (RHK/JJK) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Blake Anderson, Kent J. Anderson, Amy Lou Anderson, Richard E. Anderson, Full Circle Property, | |
| Defendants. | |

___

Based upon the Stipulation of Defendant Blake Anderson, Defendant Richard Anderson, Defendant Full Circle Property, counsel for Plaintiff and counsel for Defendants Kent Anderson and Amy Lou Anderson, filed on February 24, 2009 as Document 36, the above-referenced action as and against Defendants Kent Anderson and Amy Lou Anderson is **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this 26th day of February, 2009.

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge