# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Diane Ruzin, | Civil No. 07-4360 (RHK/JJK) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| Blake Anderson, Kent J. Anderson, Amy Lou Anderson, Richard E. Anderson, Full Circle Property, | |
| Defendants. | |

___

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 47), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: April 13, 2010

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge